## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ELMER CORDON | : | VIOLATION: 18 U.S.C. § 922(g)(5)(A) (possession of a firearm by illegal alien – 1 count) Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about October 20, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ELMER CORDON,**

while being an alien illegally and unlawfully in the United States, knowingly possessed in and affecting interstate commerce a firearm, that is, a Hi-Point, model JCP, .40 caliber S&W semi-automatic pistol, bearing serial number X7247706, loaded with seven live rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(5)(A).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(5)(A), set forth in this indictment, defendant

### ELMER CORDON

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of this offense, including, but not limited to:

1. a Hi-Point, model JCP, .40 caliber S&W semi-automatic pistol, bearing serial number X7247706; and

2. nine live rounds of .40 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
JENNIFER ARBITTIER WILLIAMS
UNITED STATES ATTORNEY

No. _____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ELMER CORDON

INDICTMENT

18 U.S.C. § 922(g)(5)(A) (possession of a firearm by illegal alien – 1 count)



Filed in open court this _____ day,
Of _____ A.D. 20____

_____ Clerk

Bail, $ _____